AO 240 (1/96)

# United States District Court
### DISTRICT OF _____

Andra Gaines
**Plaintiff**

v.

Crittenden County Prosecution Office
West Memphis Police Department and Municipal Court
**Defendant**

Crittenden Count Jail and Sheirf Dep now Detention Center

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 3:01CV00184 HLJ

FILED EASTERN DISTRICT ARKANSAS JUN 0 8 2001 JAMES W. McCORMACK, CLERK By: ___ Martha Sugar D. CLK

I, __Andra Gaines__ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  [✓] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __Cummin Unit__

   Are you employed at the institution? __no__   Do you receive any payment from the institution? __no__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [✓] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ~~Family Dollar Wherehouse Fork Lift Driver West Memphis Ark~~
   "1995"

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   1995 Family Dollar Wherehouse Fork lift Driver West Memphis

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [ ] No |
   | b. | Rent payments, interest or dividends | [ ] | [ ] No |
   | c. | Pensions, annuities or life insurance payments | [ ] | [ ] No |
   | d. | Disability or workers compensation payments | [ ] | [ ] No |
   | e. | Gifts or inheritances | [ ] | [ ] No |
   | f. | Any other sources | [✓] Yes | [ ] |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

4  Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Andre Gaines Lytle   son        none due to incarcer
   Kevin Lytle          step son   none due to incarcer

I declare under penalty of perjury that the above information is true and correct.

5/21/01                    Andre Gaines
DATE                       SIGNATURE OF APPLICANT


## CERTIFICATE
(incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __.39¢__ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average balance was $ __.90¢__. I further certify that during the past six months the applicant's average monthly deposit was $__22.04__

5-25-01                    Clem Arnold
DATE                       SIGNATURE OF AUTHORIZED OFFICER

## CALCULATION OF INITIAL PAYMENT OF FILING FEE

PLAINTIFF: <u>ANDRA GAINES</u>

ADC NO: <u>101767</u>

FEDERAL COURT CASE NUMBER ( (IF KNOWIN)

| | | |
|---|---|---:|
| Total Deposits for last six (6) months: | | $132.25 |
| Average Monthly Deposit (total Deposits divided by 6) | D | $22.04 |
| Total Balances for last six (6) months: | | $5.41 |
| Average Monthly Balance (total Balances divided by 6) | B | $0.90 |
| CURRENT ACCOUNT BALANCE: | | $0.39 |
| The Greater Average (Deposit or Balance) | | $22.04 |
| INITIAL PAYMENT OF FILING FEE AS OF     Nov-00 | | $4.41 |

DATE:   25-May-01                              AUTHORIZED OFFICIAL:   SUSAN WRIGHT

**NO FILING FEE SHALL BE IN EXCESS OF
$150.00 FOR A CIVIL LAWSUIT
OR
$105.00 FOR AN APPEAL**